CLERK'S OFFICE U.S. DISTRICT COURT AT ROANOKE, VA
FILED
7/17/2026
LAURA A. AUSTIN, CLERK
BY: s/C. Kemp
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| HUMBERTO ENRIQUE XON,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER HAYES, in his official capacity as Superintendent Western Virginia Regional Jail, *et al.*,<br><br>Respondents. | Case No. 7:26-cv-00518<br><br>**ORDER**<br><br>By: Hon. Thomas T. Cullen<br>United States District Judge |

---

On June 29, 2026, Petitioner Humberto Enrique Xon filed a petition for a writ of habeas corpus against Respondents Christopher Hayes (in his official capacity as Superintendent Western Virginia Regional Jail), Russell Hott (in his official capacity as Director, Washington Field Office, Immigration and Customs Enforcement, Enforcement and Removal Operations), Markwayne Mullin (in his official capacity as Secretary of the U.S. Department of Homeland Security), Joseph Simon (in his official capacity as Deputy Field Office Director, Washington Field Office, Immigration and Customs Enforcement, Enforcement and Removal Operations), and Todd Lyons (in his official capacity as Senior Official Performing the Duties of the Director of Immigration and Customs Enforcement) ("the Petition"). (ECF No. 1.)

On July 10, Respondents Hott, Mullin, Simon, and Lyons ("the Federal Respondents") filed a response to the Petition. (ECF No. 10.) Therein, the Federal Respondents cited to the "ICE ERO Delegation Order DO99-004 effective June 10, 2026." (*Id.* at 10 n.3 (stating that the Delegation Order gives Assistant Field Office Directors the authority to revoke Orders of

Supervision under 8 C.F.R. §§ 241.4, 241.13).) Because the language of the Delegation Order may be necessary for the resolution of the issues presented in the Petition, Federal Respondents are hereby **ORDERED** to produce a complete, unredacted copy of the "ICE ERO Delegation Order DO99-004 effective June 10, 2026" by **July 21, 2026**. (*Id.*) Federal Respondents must file the Delegation Order on the public docket.

The Clerk is directed to forward a copy of this Order to the parties.

**ENTERED** this 17th day of July, 2026.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE